**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SHEILA D. SCHWARTZ, | Case No. 1:14-cv-5775 |
| Plaintiff, | Judge John W. Darrah |
| v. | |
| OPPORTUNITY INTERNATIONAL, INC. et al., | |
| Defendants. | |

**NOTICE OF DISMISSAL**

Plaintiff, by and through her attorneys, and pursuant to Federal Rule of Civil Procedure

41(A)(1)(a)(i), voluntarily dismisses Defendant Opportunity International USA from this action

without prejudice, and with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

SHEILA D. SCHWARTZ

By:  s/ Patricia A. Wise
    One of Her Attorneys

**Dated:  September 25, 2014**

17790822v.1

Patricia A. Wise (admitted *pro hac vice*)
Zachary M. Clark (admitted *pro hac vice*)
NIEHAUS & ASSOCIATES, LTD.
7150 Granite Circle, Suite 203
Toledo, Ohio 43617
419-517-9090
419-517-9091
wise@niehausassociates.com
clark@niehausassociates.com

Daniel Tarpey
Kevin Mocogni
Tarpey Wix LLC
225 West Wacker Drive - Suite 1515
Chicago, IL 60606
312.948.9090
312.948.9105
dtarpey@tarpeywix.com
kmocogni@tarpeywix.com

17790822v.1

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing Notice of Dismissal to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system on September 25, 2014, which will send notification of such filing to all attorneys of record in this matter.


                                            s/ Patricia A. Wise

17790822v.1