**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHELIA D. SCHWARTZ,<br><br>        Plaintiff,<br><br>v.<br><br>OPPORTUNITY INTERNATIONAL, INC.,<br><br>        Defendant. | Case No. 1:14-CV-05775<br><br>Judge John W. Darrah |

## STIPULATION TO DISMISS

Plaintiff Shelia Schwartz and Defendant Opportunity International, Inc., by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Plaintiff's Amended Complaint, with each party to bear its own attorneys' fees and costs relating to this action.

Dated: August 15, 2016                                             Respectfully submitted,

SHELIA D. SCHWARTZ                                         OPPORTUNITY INTERNATIONAL, INC

By:     s/ Scot A. Hinshaw                                         By: s/ Cintra B. McArdle

Patricia A. Wise                                                        Richard P. McArdle
Zachary M. Clark                                                      Cintra Bentley McArdle
Scot A. Hinshaw                                                       Anita Pancholi
NIEHAUS WISE & KALAS LTD                              SEYFARTH SHAW LLP
7150 Granite Circle, Suite 203                              131 South Dearborn Street – Ste. 2400
Toledo, Ohio 43617                                                Chicago, Illinois 60603
wise@nwklaw.com                                                 rmcardle@seyfarth.com
clark@nwklaw.com                                                cmcardle@seyfarth.com
hinshaw@nwklaw.com                                         apancholi@seyfarth.com

ATTORNEYS FOR PLAINTIFF                              ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Cintra B. McArdle, an attorney, hereby certify that I caused this STIPULATION TO DISMISS to be served via the Court's ECF system on the 15th day of August, 2016 on:

> Patricia A. Wise
> Zachary M. Clark
> Scot A. Hinshaw
> NIEHAUS WISE & KALAS LTD
> 7150 Granite Circle, Suite 203
> Toledo, Ohio 43617
> wise@nwklaw.com
> clark@nwklaw.com
> hinshaw@nwklaw.com
>
> Daniel Tarpey
> Kevin Mocogni
> TARPEY WIX LLC
> 225 West Wacker Drive - Suite 1515
> Chicago, IL 60606
> dtarpey@tarpeywix.com
> kmocogni@tarpeywix.com

By: s/Cintra B. McArdle